STATE of Missouri, Respondent,

v.

Michael W. SCHLAX, Appellant.

No. WD 71274.

Missouri Court of Appeals,
Western District.

June 21, 2011.

Susan L. Hogan, for Appellant.

Dora A. Fichter, for Respondent.

Before Division Three: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and THOMAS H. NEWTON, Judge.

***ORDER***

PER CURIAM:

Michael Schlax appeals his convictions following a jury trial for property damage in the first degree, section 569.100, leaving the scene of an accident, section 577.060, resisting arrest, section 575.150, operating a motor vehicle in a careless and imprudent manner, section 304.012, and assault in the third degree, section 565.070. On appeal, Schlax contends that the trial court abused its discretion in denying his motion for a mistrial after a witness testified that the vehicle Schlax was driving was stolen. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The convictions are affirmed. Rule 30.25(b).

Craig JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 71954.

Missouri Court of Appeals,
Western District.

June 21, 2011.

Rosemary Ellen Percival, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Division Four: LISA WHITE HARDWICK, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

***ORDER***

PER CURIAM:

Craig Johnson appeals from the motion court's denial of his 29.15 motion. Johnson contends that his trial counsel was ineffective in failing to object to the fact that Johnson's shackles could be observed by the jury at his jury trial. We affirm. Rule 84.16(b).